UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BARRY EMMETT, § | |
| Petitioner, § | |
| § | |
| v. § | No. 3:08-cv-2219-B |
| § | |
| RICK THALER, DIRECTOR TDCJ-CID, § | |
| Respondent. § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 5, 2021. The Court has reviewed the Findings, Conclusion, and Recommendation, and it has found no error. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 22nd day of March, 2021.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE